IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERTHA ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:03-CV-947-F |
| ) | |
| SCOTT PERKIN, et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

The complaint in this 42 U.S.C. § 1983 action was filed by Bertha Allen ["Allen"], a state inmate, on September 15, 2003. In this complaint, Allen asserts that parole officials violated her constitutional rights when they falsified a parole report which resulted in an incorrect computation of her release date.

The court recently ascertained that Allen no longer resided at the last address she had provided for service. The order of procedure entered in this case specifically directs the plaintiff to immediately inform the court of any new address. *See Order of October 31, 2003 - Court Document No. 5* at 4. Since Allen failed to comply with this directive, the court entered an order requiring that on or before August 8, 2005 the plaintiff inform this court of her present address. *See Order of July 28, 2005 - Court Document No. 21*. Additionally, the court cautioned Allen that her failure to comply with the aforementioned order would result in a recommendation that this case be dismissed. *Id*. Allen has filed

nothing in response to the order entered on July 28, 2005. The court therefore concludes that this case is due to be dismissed.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to properly prosecute this action and her failure to comply with the orders of this court. It is further

ORDERED that on or before August 23, 2005 the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981,

*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 10th day of August, 2005.

>**/s/ Delores R. Boyd**
>DELORES R. BOYD
>UNITED STATES MAGISTRATE JUDGE