IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BERTHA ALLEN, #134004, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:03-cv-947-F |
| | ) |
| SCOTT PERKIN, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on August 10, 2005(Doc. #22), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice for failure of the plaintiff to properly prosecute this action and her failure to comply with the orders of this court.

DONE this 30th day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE